ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN L. DAVIS, et al. | No. C08-228-JL |
| Plaintiffs, | |
| vs. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| GENERAL ELECTRIC COMPANY, et al | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Plaintiff | Interested Party | Relationship |
|---|---|---|
| JOHN L. DAVIS | Kenneth Davis | Son |
| | Kim Sykes | Daughter |
| | Janeen Davis | Daughter |
| | Heidi Lynn Sermons | Daughter |

////

K:\Injured\104383\Fed\Certificate of Interested Parties (Group PI).wpd       1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - C08-228-JL

| Plaintiff | Interested Party | Relationship |
|---|---|---|
| WILLIAM LARSEN | Carol Larsen | Spouse |
|  | Kim Earl | Daughter |
| JAMES PIERCE, SR. | Shirley Anne Pierce | Spouse |
|  | James Lawrence Pierce Jr. | Son |
|  | Sherry Lynne Pierce, | Daughter |
|  | Donna Jo Huber, | Daughter |
|  | David Keith Pierce | Son |
| ROBERT SCHOELZEL | Robert J. Schoelzel Sr. | Father |
|  | Helen Schoelzel | Mother |
| NORRIS WALLACE | Rosa M. Jackson-Wallace | Spouse |
|  | Mark A. Wallace | Son |
|  | Stephanie L. Webster | Daughter |
|  | Victor J. Wallace | Son |
|  | Yolando A. Wallace | Son |
|  | Robert Wallace | Son |
| JAMES WATSON | Chere Louise Watson | Daughter |
|  | Angelynne Watson | Daughter |
| ROBERT KACSUTA | Jared Kacsuta | Son |
|  | Jason Kacsuta | Son |
| RICHARD EDDY | Connie Eddy | Spouse |
|  | Shari Duvall | Daughter |
|  | Shannon Presock | Daughter |

Dated: December 17, 2007      BRAYTON❖PURCELL LLP

/s/ David R. Donadio

By: _____
David R. Donadio
Attorneys for Plaintiffs