**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

John L. Davis, et al.,

        Plaintiffs,    Case No. C 08-0228 JL

   v.    RECUSAL ORDER

General Electric Company, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: January 23, 2008

*James Larson*
JAMES LARSON
United States Magistrate Judge