**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
───────────────
www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                            415.522.2000

**January 24, 2008**

**CASE NUMBER: CV 08-00228 JL**
**CASE TITLE: JOHN L. DAVIS-v-GENERAL ELECTRIC CO.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable JEFFERY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/24/08

                                                                        FOR THE EXECUTIVE COMMITTEE:

                                                                        _____
                                                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                            Entered in Computer 1/24/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                                     Transferor CSA