**United States District Court**

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    JOHN L. DAVIS,                              No. C 08-00228 JSW

10            Plaintiff,

11       v.                                      **ORDER SETTING CASE**
                                                 **MANAGEMENT CONFERENCE AND**
                                                 **REQUIRING JOINT CASE**
12   GENERAL ELECTRIC CO.,                       **MANAGEMENT CONFERENCE**
                                                 **STATEMENT**
13            Defendant.
     _____/

14

15       TO ALL PARTIES AND COUNSEL OF RECORD:

16       The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby

17   ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

18   Conference shall be held in this case on April 25, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor,

19   Federal Building, 450 Golden Gate Avenue, San Francisco, California.

20       Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

21   any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service,

22   plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

23   with Civil L. R. 5-6(a).

24       The parties shall appear in person through lead counsel to discuss all items referred to in this

25   Order and with authority to enter stipulations, to make admissions and to agree to further scheduling

26   dates.

27       The parties shall file a joint case management statement no later than **five (5) court days**

28   prior to the conference.  The joint case management statement shall address all of the topics set forth

     in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

**United States District Court**

For the Northern District of California

1    *Management Statement*, which can be found on the Court's website located at

2    http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9.  If any one or more of the parties is

3    proceeding without counsel, the parties may file separate case management statements.   Separate

4    statements my also address all of the topics set forth in the Standing Order referenced above.  Any

5    request to reschedule the date of the conference shall be made in writing, and by stipulation if

6    possible, at least ten (10) calendar days before the date of the conference and must be based upon

7    good cause.   In order to assist the Court in evaluating any need for disqualification or recusal, the

8    parties shall disclose to the Court the identities of any person, associations, firms, partnerships,

9    corporations or other entities known by the parties to have either (1) financial interest in the subject

10    matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be

11    substantially affected by the outcome of the proceeding.  If disclosure of non-party interested entities

12    or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference

13    the pleading or document in which the disclosure was made.  In this regard, counsel are referred to

14    the Court's Recusal Order posted on the Court website at the Judges Information link at

15    http://www.cand.uscourts.gov.

16         **IT IS SO ORDERED.**

17

18    Dated: January 28, 2008               _____

19                               JEFFREY S. WHITE

                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28