

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Tel: 415.781.7900 Fax: 415.781.2635

www.sdma.com

February 21, 2008

**VIA FACSIMILE ONLY (202) 502-2888**

Michael Beck
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *John L. Davis, William Larsen, James Pierce, Sr., Robert Schoelzel, Norris Wallace, James Watson, Robert Kacsuta, and Richard Eddy, v. General Electric Company, et al.*
U.S. District Court, Northern District Of California, Case No. CV 08-0228 JL
Our File No.: 0045-079666

Dear Mr. Beck:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Northern District of California.

Plaintiffs in the above-referenced matter have initiated a personal injury, asbestos-related action. Plaintiffs claim that they were exposed to asbestos-containing products at their job sites. Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407. Accordingly, GE requests that the Panel transfer this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings.

This "tag-along" case was originally filed in the U.S. District Court for the Northern District of California on January 14, 2007. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose GE's Notice of Tag-Along Action, which was filed with the U.S. District Court for the Northern District of California and served on plaintiff.

SF/1488640v1

Austin • Bermuda* • Chicago • Dallas • Houston • London • Los Angeles • New York • Newark • Orange County • Paris • San Francisco • Zurich

*Affiliated office

February 21, 2008
Page 2

Plaintiffs in this action are represented by Brayton & Purcell, LLP, 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

Derek S. Johnson
Sedgwick, Detert, Moran & Arnold LLP


Enclosure

**cc: (via facsimile only) (w/out enclosure)**

Montie Derbie - Brayton * Purcell, LLP


**cc: (via E-File only) (w/out enclosure)**

United States District Court
Northern District of California
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

SF/1488640v1