GEORGE D. YARON, ESQ. (State Bar #96246)
KEITH E. PATTERSON, ESQ. (State Bar #225753)
JOSHUA D. WHITE, ESQ. (State Bar #246164)
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108-2281
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Defendant
TODD SHIPYARDS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. DAVIS, WILLIAM LARSEN, JAMES PIERCE, SR., ROBERT SCHOELZEL, NORRIS WALLACE, JAMES WATSON, ROBERT KACSUTA, and RICHARD EDDY<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, VIAD CORP., TODD SHIPYARDS CORPORATION, GENERAL DYNAMICS CORPORATION, and BELL HELICOPTER TEXTRON, INC.,<br><br>Defendants. | CASE NO. C 08-00228 JL<br><br>**DEFENDANT TODD SHIPYARDS CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: February 21, 2008

YARON & ASSOCIATES

By _____
GEORGE D. YARON
KEITH E. PATTERSON
JOSHUA D. WHITE
Attorneys for Defendant
TODD SHIPYARDS CORPORATION

# PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, 21st Fl., San Francisco, California 94108-2826.**

On **February 22, 2008,** I served the following:

**DEFENDANT TODD SHIPYARDS CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

on all parties in this action, by causing a true copy thereof to be distributed as follows:

(x)   **VIA ELECTRONIC SERVICE:**   I caused such documents to be served on the interested parties to this action by submitting an electronic version of the documents via ECF pursuant to the Courts Order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **February 22, 2008**, at San Francisco, California.

_____
IRIS NISHIMOTO