1  WHITNEY A. DAVIS, #149523
   **CHARTER DAVIS, LLP**
2  Attorneys at Law
   1730 I Street, Suite 240
3  Sacramento, California 95814
   Telephone:   (916) 448-9000
4  Facsimile:   (916) 448-9009

5  Attorneys for VIAD CORP, Individually
   and as Alleged Successor-in-Interest
6  to Griscom-Russell Company

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | JOHN L. DAVIS, WILLIAM LARSEN,        ) Federal Case No. 3:08- CV 08 0228 JSW
   | JAMES PIERCE, SR., ROBERT             )
12 | SCHOELZEL, NORRIS WALLACE,            ) **PROOF OF SERVICE VIA PACER**
   | JAMES WATSON, ROBERT KACSUTA          ) **FILE & SERVE SYSTEM RE**
13 | and RICHARD EDDY                      ) **ANSWER TO COMPLAINT FOR**
   |                                       ) **ASBESTOS PERSONAL**
14 |                Plaintiffs,            ) **INJURY/PRODUCTS LIABILITY;**
   |                                       )
15 |                                       )
   | vs.                                   )
16 |                                       )
   | GENERAL ELECTRIC COMPANY, VIAD        )
17 | CORP., TODD SHIPYARDS                 )
   | CORPORATION, GENERAL DYNAMICS         )
18 | CORPORATION, and BELL                 )
   | HELICOPTER TEXTRON, INC.              )
19 |                                       )
   |                Defendants.            )
20 | _____  )

21

22      I declare that I am over the age of eighteen years and not a party to the case; I am

23 employed in the County of Sacramento, California, where the mailing occurs; and my business

24 address is 1730 I Street, Suite 240, Sacramento, California 95814.

25      On February 25, 2008, I served the document(s) named below:

26      **VIAD CORP'S ANSWER TO COMPLAINT FOR ASBESTOS PERSONAL**

27                    **INJURY/PRODUCTS LIABILITY**

28

1

1  [X] VIA ELECTRONIC SERVICE: Complying with Code of Civil Procedure section 1010.6, my electronic business address is ltc@charter-davis.com, and I caused such document(s) to be electronically served through the Pacer File & Serve system for the above-entitled case to the parties on the Service List maintained on Pacer File & Serve Website for this case. The file transmission was reported as complete and a copy of the Pacer File and Serve Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2008, at Sacramento, California.

*/s/ Lucille T. Crozier*
Lucille T. Crozier

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

2

**PROOF OF SERVICE VIA PACER FILE & SERVE SYSTEM RE ANSWER TO COMPLAINT FOR ASBESTOS PERSONAL INJURY/PRODUCTS LIABILITY**
Case No. 3:08- CV 08 0228 JSW