1 | Stephen K. Brunk, Esq. (Bar No. 53238)
LAW OFFICES OF STEPHEN K. BRUNK
2 | 6098 La Jolla Mesa
La Jolla, California 92037
3 | Telephone: (619) 234-3300
Fax: (619) 234-3331
4
5 | Attorney for defendant Bell Helicopter Textron Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JOHN L. DAVIS, WILLIAM LARSEN, JAMES PIERCE, SR., ROBERT SCHOELZEL, NORRIS WALLACE, JAMES WATSON, ROBERT KACSUTA, and RICHARD EDDY, <br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, VIAD CORP., TODD SHIPYARDS, GENERAL DYNAMICS CORPORATION, and BELL HELICOPTER TEXTRON, INC.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV 08-0228 JSW<br><br><u>AMENDED NOTICE OF MOTION</u> AND MOTION BY DEFENDANT BELL HELICOPTER TEXTRON INC. FOR DISMISSAL OF COMPLAINT FOR FAILURE TO JOIN NECESSARY PARTIES [FRCP 12(b)(7); FRCP 19(a)]; OR, ALTERNATIVELY, FOR ORDER REQUIRING JOINDER OF NECESSARY PARTIES [FRCP 19(a)(2)]; OR, ALTERNATIVELY, FOR DISMISSAL OF COMPLAINT FOR FAILURE TO JOIN INDISPENSABLE PARTIES [FRCP 12(b)(7) and FRCP 19(b)]<br><br>Date: April 25, 2008<br>Time: 9 a.m.<br>Court: Courtroom 2, 17th Floor<br>Hon: Jeffrey S. White |
|---|---|---|

**TO ALL PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that the following motion, originally scheduled to be heard on April 11, 2008, at 9 a.m., in Courtroom 2 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, has been **rescheduled** at the Court's request, **now to be heard on April 25, 2008, at 9 a.m.**, in the same Court and Courtroom, at which time defendant Bell Helicopter Textron Inc. ("Bell") will, and hereby does, move for the following relief:

/ / /

1)    Dismissal of the complaint as to Bell due to plaintiff William Larsen's failure to join necessary parties [FRCP 12(b)(7); FRCP 19(a) and (b)]; or, alternatively,

2)    An order requiring plaintiffs, specifically plaintiff William Larsen, to join certain necessary parties [FRCP 19(a)(2)]; or, alternatively,

3)    Dismissal of the complaint as to Bell due to plaintiff William Larsen's failure to join indispensable parties [FRCP 12(b)(7) and FRCP 19(b)].

Said motion will be, and is, made pursuant to FRCP 12(b)(7); FRCP 19(a) and FRCP 19(b) on the grounds that plaintiffs, specifically plaintiff William Larsen, has improperly failed to join defendants that are both necessary and indispensable.

The motion will be, and is, based upon the previously served memorandum of points and authorities; the declaration of Floyd Hathcoat in support of the motion; the Request for Judicial Notice in support of the motion; and the declaration of Stephen K. Brunk in support of the Request for Judicial Notice.

Dated: 2/25/08

Stephen K. Brunk, attorney for defendant
Bell Helicopter Textron Inc.