1  WHITNEY A. DAVIS, #149523
   **CHARTER DAVIS, LLP**
2  Attorneys at Law
   1730 I Street, Suite 240
3  Sacramento, California 95814
   Telephone:  (916) 448-9000
4  Facsimile:  (916) 448-9009

5  Attorneys for VIAD CORP, Individually
   and as Alleged Successor-in-Interest
6  to Griscom-Russell Company

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | JOHN L. DAVIS, WILLIAM LARSEN,      ) Federal Case No. 3:08- CV 08 0228 JSW
   | JAMES PIERCE, SR., ROBERT           )
12 | SCHOELZEL, NORRIS WALLACE,          ) **PROOF OF SERVICE VIA PACER**
   | JAMES WATSON, ROBERT KACSUTA        ) **FILE & SERVE SYSTEM RE**
13 | and RICHARD EDDY,                   ) **AMENDED ANSWER TO**
   |                                     ) **COMPLAINT FOR ASBESTOS**
14 |         Plaintiffs,                 ) **PERSONAL INJURY/PRODUCTS**
   |                                     ) **LIABILITY**
15 |                                     )
   | vs.                                 )
16 |                                     )
   | GENERAL ELECTRIC COMPANY, VIAD )
17 | CORP., TODD SHIPYARDS               )
   | CORPORATION, GENERAL DYNAMICS )
18 | CORPORATION, and BELL               )
   | HELICOPTER TEXTRON, INC.,           )
19 |                                     )
   |         Defendants.                 )
20 | _____ )

21

22       I declare that I am over the age of eighteen years and not a party to the case; I am

23  employed in the County of Sacramento, California, where the mailing occurs; and my business

24  address is 1730 I Street, Suite 240, Sacramento, California 95814.

25       On February 25, 2008, I served the document(s) named below:

26  **VIAD CORP'S AMENDED ANSWER TO COMPLAINT FOR ASBESTOS PERSONAL**

27                       **INJURY/PRODUCTS LIABILITY**

28       [X] VIA ELECTRONIC SERVICE: Complying with Code of Civil Procedure section

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

1

PROOF OF SERVICE RE AMENDED ANSWER TO COMPLAINT FOR
ASBESTOS PERSONAL INJURY/PRODUCTS LIABILITY
Case No. 3:08-CV 08 0228 JSW

1010.6, my electronic business address is ltc@charter-davis.com, and I caused such document(s) to be electronically served through the Pacer File & Serve system for the above-entitled case to the parties on the Service List maintained on Pacer File & Serve Website for this case. The file transmission was reported as complete and a copy of the Pacer File and Serve Receipt will be maintained with the original document(s) in our office.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on February 25, 2008, at Sacramento, California.

Lucille T. Crozier

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

2

PROOF OF SERVICE RE AMENDED ANSWER TO COMPLAINT FOR
ASBESTOS PERSONAL INJURY/PRODUCTS LIABILITY
Case No. 3:08-CV 08 0228 JSW