IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. DAVIS, et al., | |
| Plaintiffs, | No. C 08-00228 JSW |
| v. | |
| GENERAL ELECTRIC CO., et al., | **ORDER (1) TO SHOW CAUSE AND (2) SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on April 18, 2008 on the motion to dismiss filed by defendant Bell Helicopter Textron Incorporated ("Bell"). The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 11, 2008 and a reply brief shall be filed by no later than March 18, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

The Court FURTHER ORDERS the parties to SHOW CAUSE why this matter should not be stayed pending a determination by the Judicial Panel of Multi-District Litigation as to

///

///

///

1  whether this action should be transferred.  The parties are directed to file a response to this
2  Order to Show Cause by no later than March 3, 2008.
3      **IT IS SO ORDERED.**

5  Dated: February 26, 2008

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California