IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN L. DAVIS, et al.,

    Plaintiffs,

v.

GENERAL ELECTRIC CO., et al.,

    Defendants.

No. C 08-00228 JSW

**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE AND (2) STAYING ACTION**

    The Court has received the parties' responses to the Court's Order to Show Cause ("OSC") why this matter should not be stayed pending a determination by the Judicial Panel of Multi-District Litigation ("MDL") as to whether this action should be transferred. Having considered their submissions, the Order to Show Cause is hereby DISCHARGED.

    Having considered the parties' submissions and the relevant legal authority, the Court concludes that a limited stay of these proceedings, pending a ruling from the MDL on the motion to transfer, would further judicial economy and efficiency. Accordingly, the Court hereby STAYS this action.

    **IT IS SO ORDERED.**

Dated: March 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE