04/28/2008  20:58   8045015443                HENRICO SHERIFF                              PAGE  02/02



## Office of the Sheriff
### Henrico County, VA



### AFFIDAVIT OF SERVICE

Being duly sworn and authorized to make service as provided by the Code of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within, _Summons + Complaint_ in the following manner and on the date so indicated:

( ) Served in person
(X) Registered agent
( ) Served on the person or officer found to be in charge
( ) Posted service (only in authorized)
( ) Member of Family (Resident)
( ) Not found
(Explain): _See attached_

| NAME | DESCRIPTION OF PERSON SERVED | | | |
|---|---|---|---|---|
| | RACE | SEX | DOB/AGE | SSN |
| Emmett Hickam | | | | |
| STREET ADDRESS | HGT | WGT | EYE COLOR | HAIR COLOR |
| CT Corporation Systems 4701 Cox Rd Reg Agent - General Dynamics Corp | | | | |

Signature of Affiant: _WCie_        Date: 3-19-08

### AFFIDAVIT

COMMONWEALTH OF VIRGINIA
COUNTY OF HENRICO

Before me personally appeared the said _WCie_, who says that he/she executed the above instrument in the above manner and on the date indicated.

Sworn to and subscribed in my presence this _29th_ day of _April_, 20_08_.
My commission expires _June 30, 2010_

Signature of Notary: _Benita Arthur_
#7036092

Hso-1207(2/00)

Personal Service on General Dynamics Corporation
Davis et al v. General Electric et al, C08-228-JSW

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



John L. Davis et al., Plaintiffs,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

CV 08   0228 

General Electric Company, et al., Defendants

TO:
SEE ATTACHED LIST

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

David R. Donadio, Esq., S.B. #154436
BRAYTON PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK      ANNA SPRINKLES

DATE    JAN 14 2008

(BY) DEPUTY CLERK

1 | GENERAL ELECTRIC COMPANY

2

3 | VIAD CORP.

4

5 | TODD SHIPYARDS CORPORATION

6

7 | GENERAL DYNAMICS CORPORATION

8

9 | BELL HELICOPTER TEXTRON, INC.

10

...

26 | *John L. Davis, William Larsen, James Pierce, Sr., Robert Schoelzel, Norris Wallace, James Watson, Robert Kacsuta, and Richard Eddy, Plaintiffs, Vs. General Electric Company, Viad*
27 | *Corp., Todd Shipyards Corporation, General Dynamics Corporation, and Bell Helicopter Textron, Inc., Defendants.; U.S. District Court, Nd Calif.*
28

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\Injured\104383\Fed\Attachment to Summons.wpd                    1
Attachment to Summons