ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN L. DAVIS, et al. ) | No. C 08-00228-JSW |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | REQUEST FOR ENTRY OF DEFAULT and DECLARATION |
| ) | |
| GENERAL ELECTRIC COMPANY, et al ) | |
| ) | Fed. R. Civ. P. 55 |
| Defendants. ) | |
| ) | |

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Plaintiffs request, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure that the Clerk of this Court enter default in this matter against defendant GENERAL DYNAMICS CORPORATION on the ground that this defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

    Plaintiffs served the complaint on defendant GENERAL DYNAMICS CORPORATION on March 19, 2008 via personal service by the Sheriff of Henrico County, Virginia, upon defendant's agent for service evidenced by the proof of service of summons on file with this Court (Document 25).

////

////

////

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1  The above stated facts are set forth in the accompanying declaration of David R. Donadio.

Dated: May 29, 2008                    BRAYTON✤PURCELL LLP

/s/ David R. Donadio

By: _____
   David R. Donadio
   Attorneys for Plaintiffs

DECLARATION OF DAVID R. DONADIO

I, David R. Donadio, declare:

1. I am an attorney at law, duly licensed to practice before all courts in the State of California, and a partner in the law firm of Brayton✤Purcell LLP, attorneys of record for plaintiffs. I have personal knowledge of the facts set forth below and, if called upon to do so, I could and would testify competently thereto.

2. Copies of the Summons and Complaint in this action were served on defendant pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure. The copy of the Proof of Service filed herein on May 15, 2008 (Document 25) is a true and correct copy of the proof of service for service of the Summons and Complaint on defendant GENERAL DYNAMICS CORPORATION reflecting that the Sheriff of Henrico County, Virginia personally served the Summons and Complaint on defendant's agent for service on March 19, 2008.

3. As of May 29, 2008, defendant GENERAL DYNAMICS CORPORATION has not served an answer of other response on Plaintiffs required by Rule 12 of the Federal Rules of Civil Procedure, nor is there any indication on the Court's docket that defendant has filed an answer or other response with this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 29th day of May, 2008 at Novato, California.

/s/ David R. Donadio

_____
David R. Donadio