ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN L. DAVIS, et al. | No. C 08-00228-JSW |
| Plaintiffs, | |
| vs. | NOTICE OF WITHDRAWAL OF REQUEST FOR ENTRY OF DEFAULT and DECLARATION |
| GENERAL ELECTRIC COMPANY, et al | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Plaintiffs, by and through their attorneys, hereby withdraw their Request for Entry of Default and Declaration filed May 29, 2008 (Document 26) in the above-captioned proceeding on the ground that counsel for Defendant GENERAL DYNAMICS CORPORATION has contacted the undersigned counsel to inform him that they will file an Answer, and only an Answer, in response to Plaintiffs Complaint, in this matter.

Dated: June 2, 2008                                         BRAYTON❖PURCELL LLP

                                                                         /s/ David R. Donadio

                                                            By: _____
                                                                  David R. Donadio
                                                                  Attorneys for Plaintiffs

K:\Injured\108837\Withdraw default GENDYN.wpd      1
DAVIS VS. GENERAL ELECTRIC, C 08-00228-JSW, NOTICE OF WITHDRAWAL OF REQUEST FOR ENTRY OF DEFAULT and DECLARATION