Inasmuch as no objection is pending at this time, the stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
MAR 20 2008

5145

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUL 7 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

08-228

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-304)**

FILED
APR 11 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,800 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7/2/08
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# IN RE: ASBESTOS PRODUCTS LIABILITY
# LITIGATION (NO. VI)

MDL No. 875

### SCHEDULE CTO-304 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

ALABAMA MIDDLE
  ~~ALM  2   08-46~~              ~~Daniel R. Brown, et al. v. Albany International, et al.~~ **Opposed 4/7/08**

CALIFORNIA CENTRAL
  ~~CAC  2   08-118~~             ~~Robert Oberstar, et al. v. CBS Corp., et al.~~ **Opposed 4/7/08**
  ~~CAC  2   08-282~~             ~~Ted Munn, et al. v. CLA-VAL Co., et al.~~   **Opposed 4/7/08**
  ~~CAC  2   08-712~~             ~~David Kelemen, et al. v. Buffalo Pumps, Inc., et al.~~ **Opposed 4/7/08**
  ~~CAC  2   08-873~~             ~~Larry Lindquist, et al. v. Alfa Laval, Inc., et al.~~ **Opposed 4/7/08**
  ~~CAC  2   08-1123~~            ~~John H. Prince v. CBS Corp., et al.~~ **Vacated 4/4/08**
  ~~CAC  2   08-1296~~            ~~Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~
                                  **Opposed 4/7/08**

CALIFORNIA NORTHERN
  CAN  3   08-228                 John L. Davis, et al. v. General Electric Co., et al.
  CAN  3   08-229                 Betty Rabener, etc. v. General Electric Co., et al.
  CAN  3   08-230                 Naomi Beaurman-White, et al. v. General Electric Co., et al.

GEORGIA MIDDLE
  ~~GAM  5   08-53~~              ~~Jake Bradshaw v. Aventis CropScience USA, Inc., et al.~~ **Opposed 4/4/08**

LOUISIANA MIDDLE
  ~~LAM  3   08-43~~              ~~Michael T. Hackler v. P&O Ports Louisiana, Inc., et al.~~ **Opposed 4/7/08**
  ~~LAM  3   08-81~~              ~~George Landess v. Baton Rouge Marine Contractors, Inc., et al.~~
                                  **Opposed 4/7/08**

NORTH CAROLINA EASTERN
  NCE  2   07-63                  Tom Wallace, et al. v. A.W. Chesterton Co., et al.
  NCE  4   08-2                   Dolcy Lee Hicks, et al. v. Aqua-Chem, Inc., et al.
  NCE  7   07-188                 Patricia A. Holt, et al. v. The Anchor Packing Co., et al.
  NCE  7   07-191                 Mary E. Flowers v. The Anchor Packing Co., et al.
  NCE  7   07-197                 Lynn Reynolds Smythe, et al. v. The Anchor Packing Co., et al.

NORTH CAROLINA MIDDLE
  NCM  1   04-1166                Sallie Mae Hines, etc. v. Anchor Packing Co., et al.
  NCM  1   08-120                 Larry D. Clark, et al. v. American Investors, LLC, et al.
  NCM  1   08-146                 Harold D. Pritchard, et al. v. A.W. Chesterton Co., et al.

## MDL No. 875 - Schedule CTO-304 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**NORTH CAROLINA WESTERN**
- NCW 1 08-35  Ray Michael Lyle, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-36  Thomas Ray Withers, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-37  Charles Lloyd Bennett, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-45  Gladys Elizabeth Gill v. Aqua-Chem, Inc., et al.
- NCW 1 08-46  Edward Wayne Brock, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-48  Robert David Cody, et al. v. Aqua-Chem, Inc., et al.
- ~~NCW 1 08-49~~  ~~Ripon W. Lowrance, et al. v. Aqua-Chem, Inc., et al.~~
- NCW 1 08-52  Dan W. Phillips v. A.W. Chesterton Co., et al.
- NCW 1 08-56  Joseph L. Green, et al. v. A.W. Chesterton Co., et al.
- NCW 1 08-59  Bruce Alan Lail, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-60  George A. Harkey, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-62  James Franklin Bumgarner, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-63  William F. Landis, et al. v. A.W. Chesterton Co., et al.
- NCW 1 08-66  Florian Malcolm Johnson, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-67  Earl Brown v. Aqua-Chem, Inc., et al.
- NCW 1 08-68  Michael Edward Collins, et al. v. Aqua-Chem, Inc., et al.

**NEW YORK EASTERN**
- NYE 1 05-3166  Ralph Aldarelli, etc. v. A.W. Chesterton Co., et al.
- NYE 1 08-5  James Russell Holter v. A.W. Chesterton Co., et al.
- NYE 1 08-468  Michael Ross, et al. v. A.W. Chesterton Co., et al.
- NYE 1 08-863  Charles Callahan, etc. v. A.W. Chesterton Co., et al.

**PENNSYLVANIA WESTERN**
- ~~PAW 2 08-291~~  ~~Richard Vallecorsa, et al. v. Premier Refractories, Inc., et al.~~ **Vacated 3/26/08**

**SOUTH CAROLINA**
- SC 0 08-482  John Warren Blackwelder, et al. v. Aqua-Chem, Inc., et al.
- SC 2 08-459  Richard G. Krauk, et al. v. Owens-Illinois, Inc., et al.
- SC 2 08-588  Susan Maria Welch-Pierce, et al. v. Owens Illinois, Inc., et al.
- SC 6 08-473  Tyrone Perry Edwards, Sr., et al. v. Aqua-Chem, Inc., et al.
- SC 7 08-377  Roger Dale Thomason, et al. v. Aqua-Chem, Inc., et al.
- SC 7 08-378  Charles C. Hamrick, et al. v. Aqua-Chem, Inc., et al.
- SC 8 08-468  Franklin Terry Tippett v. Aqua-Chem, Inc., et al.
- SC 8 08-471  Larry Dale Reams v. Aqua-Chem, Inc., et al.
- SC 8 08-484  Julius A. McCoy, Jr., et al. v. Aqua-Chem, Inc., et al.
- SC 8 08-485  Carl S. Bagwell, et al. v. Aqua-Chem, Inc., et al.
- SC 8 08-584  Daniel Gordon Lowie v. Aqua-Chem, Inc., et al.

**TEXAS NORTHERN**
- ~~TXN 3 07-1976~~  ~~Shanda Kozak, et al. v. Guard-Line, Inc., et al.~~ **Vacated 4/1/08**

**TEXAS SOUTHERN**
- ~~TXS 3 08-26~~  ~~June Thomas, et al. v. BP Amoco Chemical Co.~~ **Opposed 4/7/08**