BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. DAVIS, *et al.*, <br><br>   Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, *et al.*, <br><br>   Defendants. <br><br>———————————————— <br><br> In Re: RICHARD EDDY <br><br>———————————————— | Case No. 3:08-cv-00228-CRB <br><br> **ORDER GRANTING PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION** |

**IT IS SO ORDERED**. All claims against all Defendants are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  April 23, 2014          By: _____
                                    Charles R. Breyer
                                    United States District Judge



*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

1

ORDER GRANTING PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION